IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TALUNA HUNT**                                                                                             **PLAINTIFF**

**VS.**                                          **CAUSE NO.: 4:20-cv-118-DMB-JMV**

**FOOD GIANT SUPERMARKETS, INC.**
*also know as* **Houchens Industries, Inc.**
*doing business as* **Greenwood Market Place, et al.**            **DEFENDANTS**

### ORDER EXTENDING CMO DEADLINES

Consistent with the May 13, 2021, order [33] continuing the trial, the following deadlines now control:

1. Plaintiff's supplemental expert report(s) due by 7/17/21.

2. Defendant's supplemental expert report(s) due by 8/17/21.

3. Discovery must be completed by 9/14/21.

4. *Daubert* motions due by 9/28/21.

5. Dispositive motions due by 10/28/21.

SO ORDERED this 17th day of May, 2021.

                                                              /s/ Jane M. Virden
                                                              UNITED STATES MAGISTRATE JUDGE